```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE K05-0004--CV (JWS)
                "CLIFFORD LERVICK V WAL-MART INC"

      Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/15/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions
                   WRONGFUL TERMINATION
           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 07/15/05 receipt # 00126154
         Trial by: Court
```

```
Parties of Record:                       Counsel of Record:

PLF 1.1          LERVICK, CLIFFORD           Michael P. Heiser
                                             Law Office of Michael P. Heiser
                                             POB 23032
                                             Ketchikan, AK 99901
                                             907-225-1910
                                             FAX 907-247-1810

DEF 1.1          WAL-MART INC                Parry E. Grover
                                             Davis Wright et al
                                             701 W. 8th Avenue, Suite 800
                                             Anchorage, AK 99501
                                             907-257-5300
                                             FAX 907-257-5399
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE K05-0004--CV (JWS)
                              "CLIFFORD LERVICK V WAL-MART INC"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/15/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                    WRONGFUL TERMINATION
            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 07/15/05 receipt # 00126154
          Trial by: Court


Document #    Filed       Docket text

    1 -   1   07/15/05    DEF 1 Notice of Removal from Superior Court for SOA at Ketchikan
                          1KE-05-201CI w/att exhs.

    2 -   1   07/20/05    DEF 1 Answer to Complaint.

    3 -   1   07/25/05    JWS Minute Order to Petitoner Subsequent to Removal.  Petitioner to file
                          w/i  10 days copies of state crt docs & svc list. cc: cnsl

    4 -   1   07/25/05    DEF 1 Attorney Appearance of P. Grover.

    5 -   1   07/27/05    JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 28 days from svc of this ord. cc: cnsl

    6 -   1   08/08/05    DEF 1 Notice of compliance w/att exhs.

    6 -   2   08/08/05    DEF 1 Service List.

    7 -   1   08/15/05    PLF 1 Attorney Appearance of Michael P. Heiser.

    8 -   1   08/19/05    DEF 1 Corporate Disclosure Statement.

    9 -   1   08/23/05    PLF 1; DEF 1 Scheduling & Planning Conference Report.

   10 -   1   10/11/05    JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                          02/24/06; Dispositive mots ddln 03/24/06; 2 day TBC estimate. cc: cnsl



ACRS: R_VDSDX              As of 10/31/05 at 5:24 PM by GARRY                            Page 1
```