**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

CLIFFORD LERVICK,            )
                             )
    Petitioner,          )
                             )
  v.                         )
                             )
WAL-MART, INC.,              )
                             )
    Defendant.           )  Case No. K05-0004 CV (JWS)
_____)

**STIPULATION TO DISMISS**

Pursuant to the provisions contained in **U.S. Federal Rules of Civil Procedure, Rule 41(a),** counsel for the respective parties hereby stipulate and agree that the above titled matter may be dismissed, with prejudice. The parties agree that the action may be dismissed without any further order of the court, each party to bear their own costs, expenses and attorneys fees incurred in prosecuting and defending the action.

DATED: 4-28-06

_____
Michael P. Heiser #8505038
Counsel for Plaintiffs

DATED: 5-2-2006

_____
Parry Grover, #8006020
Counsel for Wal-Mart, Inc.

Michael P. Heiser, Esq.
300 Mill Street, Suite 20
Ketchikan, AK 99901
907/225-1910