Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300, telephone
(907) 257-5399, facsimile
parrygrover@dwt.com

Attorneys for Defendant Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLIFFORD LERVICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WAL-MART, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. K05-004 CIV (JWS) <br><br> ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

The parties have stipulated to dismissal without prejudice with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1).

NOW, THEREFORE,

IT IS SO ORDERED.

DONE this _____ day of _____, 2006.

_____
John W. Sedwick
U.S. District Court Judge

## Certificate of Service

On the 2nd day of May, 2006, a true and correct copy of the foregoing document was sent by:

- [X] U.S. Mail
- [ ] Hand Delivery
- [ ] Facsimile

to the following party:

Michael P. Heiser
P.O. Box 23032
Ketchikan, AK  99901

By: _Kris Hamann_
Kris Hamann

ORDER ON STIPULATION FOR - 2
DISMISSAL WITHOUT
PREJUDICE
88638v1 31150-94

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399