Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300, telephone
(907) 257-5399, facsimile
parrygrover@dwt.com

Attorneys for Defendant Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CLIFFORD LERVICK, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. K05-004 CIV (JWS) |
| vs. | ) | |
| WAL-MART, INC., | ) | |
| Defendant. | ) | ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

The parties have stipulated to dismissal without prejudice with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1).

NOW, THEREFORE,

**IT IS SO ORDERED**.

DONE this 4th day of May 2006.

/s/
John W. Sedwick
U.S. District Court Judge

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399