Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300, telephone
(907) 257-5399, facsimile
parrygrover@dwt.com

Attorneys for Defendant Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLIFFORD LERVICK,            )<br>                              )<br>     Plaintiff,              )<br>                              )<br>  vs.                         )<br>                              )<br>WAL-MART, INC.,               )<br>                              )<br>     Defendant.              )<br>_____) | 5:05-cv-0004-JWS<br><br>**STIPULATED MOTION TO AMEND ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

The parties in the above-captioned action hereby stipulate and agree to move this court to amend the Order on Stipulation for Dismissal Without Prejudice entered in this lawsuit at Docket No. 14 on May 4, 2006. The Stipulation to Dismiss, filed on May 2, 2006, at Docket No. 13, stipulated to dismissal <u>with</u> prejudice. The proposed order filed with the Stipulation to Dismiss inadvertently and incorrectly referred to

"dismissal <u>without</u> prejudice."  A new proposed Order on Stipulation for Dismissal With Prejudice is filed herewith.

DATED this 16th day of May, 2006.

s/ Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
Phone:  907-257-5300
Fax:  907-257-5399
Email:  parrygrover@dwt.com
Alaska Bar No. 8006020

s/ Michael P. Heiser (consent)
P.O. Box 23032
Ketchikan, Alaska  99901
Phone: 907-225-1910
Fax: 907-247-1810
Alaska Bar No. 8505038

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

Stipulated Motion to Amend Order
On Stipulation to Dismiss        2
88894v1 31150-94