Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300, telephone
(907) 257-5399, facsimile
parrygrover@dwt.com

Attorneys for Defendant Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CLIFFORD LERVICK, | ) | |
| | ) | |
| Plaintiff, | ) | 5:05-cv-0004-JWS |
| | ) | |
| vs. | ) | |
| | ) | |
| WAL-MART, INC., | ) | |
| | ) | **ORDER ON STIPULATED MOTION** |
| Defendant. | ) | **TO AMEND ORDER ON** |
| | ) | **STIPULATION FOR DISMISSAL** |
| _____ | ) | **WITHOUT PREJUDICE** |

The parties in the above-captioned action have stipulated to amend the Order on Stipulation for Dismissal Without Prejudice entered in this matter on May 4, 2006 at Docket No. 14 to read "dismissal with prejudice."

NOW, THEREFORE,

IT IS SO ORDERED.

DONE this _____ day of _____, 2006.

_____
John W. Sedwick
U.S. District Court Judge

88895v1 31150-94