Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
(907) 257-5300, telephone
(907) 257-5399, facsimile
parrygrover@dwt.com

Attorneys for Defendant Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLIFFORD LERVICK, ) | |
| ) | |
| Plaintiff, ) | 5:05-cv-0004-JWS |
| ) | |
| vs. ) | |
| ) | |
| WAL-MART, INC., ) | **AMENDED ORDER ON** |
| ) | **STIPULATION FOR DISMISSAL** |
| Defendant. ) | **WITH PREJUDICE** |
| _____ ) | |

The parties have stipulated to dismissal with prejudice with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1).

NOW, THEREFORE,

IT IS SO ORDERED

DONE this _____ of _____, 2006.

_____
John W. Sedwick
U.S. District Court Judge

88897v1 31150-94